THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLLIE V. COLLINS, Appellant. [877 NYS2d 228]—Appeal from an order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered March 7, 2007. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Pine and Gorski, JJ.